# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED MARTIN BROWN, | No. CV 11-9800-DSF(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. | MAGISTRATE JUDGE |
| D.G. LEWIS, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered dismissing the petition, without prejudice, as a mixed petition and on the basis that Petitioner has opted not to amend.

DATED: June 18, 2012

_____
DALE S. FISCHER
United States District Judge