1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  JARED MARTIN BROWN,              )        No. CV 11-9800-DSV(CW)
                                     )
13                  Petitioner,      )        JUDGMENT
                                     )
14            v.                     )
                                     )
15  G.D. LEWIS,                      )
                                     )
16                  Respondent.      )
    _____)

17

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  denied and the action dismissed without prejudice.

20

21  DATED: June 18, 2012

22

23                                   _____
                                          DALE S. FISCHER
24                                   United States District Judge

25

26

27

28

                                      1